FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
* JUL 2 6 2005 *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MIKE'S HEAVY DUTY TOWING, INC.,

    Plaintiff,

-against-

KIMBERLY Y. GRAZIANO, et al.,

    Defendants.
----------------------------------------X

**ORDER**

04 CV 405 (FB)

APPLE TOWING CO., INC.,

    Plaintiff,

-against-

KIMBERLY Y. GRAZIANO, et al.,

    Defendants.
----------------------------------------X

**ORDER**

04 CV 406 (FB)

On December 29, 2004, defendant Bielli was directed to produce certain discovery prior to January 26, 2005. Plaintiff represents that to date, he has received nothing from Mr. Bielli in response to that Order. In addition, counsel for Mr. Bielli failed to appear for a conference scheduled before this Court for June 8, 2005. Not only did defendant's counsel, Robert Cronk, Esq. fail to appear, but he never requested an adjournment, and has never explained his absence despite calls from the Court and plaintiff's counsel.

Accordingly, a status conference is scheduled for **JULY 21, 2005 at 3:30 P.M.**, before the Honorable Cheryl L. Pollak, United States Magistrate Judge, in Room 538 at 225 Cadman Plaza East, Brooklyn, New York.

Plaintiff's counsel is requested to CONFIRM with defendant's counsel that ALL NECESSARY PARTICIPANTS are aware of this conference.

No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. If defendant's counsel fails to appear, sanctions will be imposed, including a possible recommendation that a default enter.

**SO ORDERED.**

Dated: Brooklyn, New York
July 8, 2005

Cheryl L. Pollak
U.S. Magistrate Judge
Eastern District of New York