212-222-2900
EMAIL: grosen@garyrosen.com
FAX: 516-437-5561

U.S. District Courts
Eastern District of New York
Southern District of New York
District of New Jersey

249-02 JERICHO TURNPIKE,
FLORAL PARK, NEW YORK 11001
516-437-3400

November 7, 2005

Honorable Cheryl L. Pollak
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, New York 11201

RE: **Docket No. 04-CV-405** (Fb)
Mike's Heavy Duty Towing Inc.
V
Kimberly Graziano, Brian Holland, Arthur Bielli, Cross Country Insurance Brokerage Inc. Global Insurance Brokerage Inc., JPH Consulting Group, Inc.

**Docket No. 04-CV-406** (Fb)
Apple Towing Inc.
V
Kimberly Graziano, Brian Holland, Arthur Bielli, Cross Country Insurance Brokerage Inc. Global Insurance Brokerage Inc., JPH Consulting Group, Inc.

Dear Judge Pollak:

I have sent the attached fax to Robert Cronk, Esq. the attorney for Arthur Bielli. I am requesting a short adjournment of the conference before your Honor, presently scheduled for November 9, 2005 so that I may depose Mr. Bielli before the conference.

I have been waiting to hear from the United States Attorney's Office as to an indictment and/or disposition of an action presently against Arthur Bielli in Central Islip.

Your granting a short adjournment would be appreciated.

Thank you very much,

Very truly yours,

Gary Rosen

cc: Robert Cronk, Esq.

Request Granted.

Conference Adjourned to 12/15 at 4:00 p.m.

11/8/05

SO ORDERED. U.S. Magistrate Judge

EMAIL: grosen@garyrosen.com
FAX: 516-437-5561

State of New Jersey
U.S. District Courts
Eastern District of New York
Southern District of New York
District of New Jersey

249-02 JERICHO TURNPIKE,
FLORAL PARK, NEW YORK 11001
516-437-3400

# DOCUMENT TRANSMISSION

TO: **ROBERT CRONK, ESQ.**

COMPANY: _____

FAX NUMBER: [X] 631-206-1778
EMAIL ADDRESS: [ ]
VIA MAIL: [ ]

Telephone Number: _____

OUR FILE NUMBER: _____

DATE: November 7, 2005

Number of PAGES: 1

From:
[ x ] Gary Rosen, Esq.    [ ] Nick Tsoromokos, Esq.    [ ] Jason Harrington, Esq.
[ ] Audrey Clark          [ ] Jason Myers              [ ] Irwin Rosen
[ ] _____

**MESSAGE:**

Dear Mr. Cronk:

Please provide dates when you can produce ARTHUR BIELLI for a deposition.

Please advise this week as to dates for the week of November 21 or 28.

Thank you very much,

GARY ROSEN

The information contained herein is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.