United States District Court
Eastern District of New York: Brooklyn
------------------------------------X
MIKE'S HEAVY DUTY TOWING, INC.

        Plaintiff,

against

KIMBERLY GRAZIANO, BRIAN HOLLAND,
ARTHUR BIELLI, CROSS COUNTRY
INSURANCE BROKERAGE INC.,
GLOBAL INSURANCE BROKERAGE INC.,
JPH CONSULTING GROUP INC.
        Defendants.
------------------------------------X

DOCKET NO 04 CV 405

## STIPULATION OF DISMISSAL

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant ARTHUR BIELLI, by their counsel, stipulate that the complaint in this action be dismissed with prejudice and without costs or attorneys' fees to any party. A facsimile of this document shall be deemed as an original.

Dated: March 6, 2006
      Floral Park, New York

Gary Rosen, Esq.
Gary Rosen Law Firm, P.C.
Attorneys for Plaintiff
249-02 Jericho Turnpike
Floral Park, New York 11001
(516)-437-3400
fax (516)-437-5561

Dated: March 6, 2006
      Floral Park, New York

James Loeffler, Esq.
JAMES M. LOEFFLER
320 Carleton Ave, Suite 6800
Central Islip NY 11722
631-232-4180
Attorney for defendant.

SO ORDERED:

_____
The Honorable Frederic Block
United States District Judge

March 8, 2006
Brooklyn, New York